**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mauro Alejandro HARO–TORRES,** also known as Julian Montez, also known as Jose Rivera–Garcia, also known as Luis Rojo Lopez, also known as Mario Flores, also known as Julian Montez Villegas, also known as Luis Fojo Lopez, also known as Luis Rojo, also known as Mario Lopez–Gomez, also known as Julian Montes–Villegas, also known as Julian Montes Villehas, also known as Jullan Montez Villegas, also known as Mauro Alejandr Torez, also known as Mario Gomez–Lopez, also known as Fernando Medivil Zavala, also known as Juli Villegas, also known as Julian Motes–Villegas, Defendant–Appellant.

No. 06–31093
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2007.

Jean Bing Simpson, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Roma A. Kent, Assistant Federal Public Defender, Federal Public Defender's Office Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mauro Alejandro Haro–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Haro–Torres has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.